FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 0 8 2013

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS

DAVID KINCADE and
DAWNA KINCADE

    Plaintiffs,

Vs.

No.: 4:13 cv 125 BRW

JURY DEMANDED

ALLSTATE INSURANCE COMPANY

    Defendant.

This case assigned to District Judge Wilson
and to Magistrate Judge Deere

## NOTICE FOR REMOVAL OF CIVIL ACTION

TO THE HONORABLE JUDGES OF THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS:

COMES Allstate Property and Casualty Insurance Company (hereinafter "Allstate"), improperly sued as Allstate Insurance Company by its undersigned attorney, and respectfully shows this Court as follows:

1. Petitioner is a defendant in the above and entitled action.

2. On February 11, 2013, the Plaintiffs, David Kincade and Dawna Kincade, commenced the above entitled action against the Defendant, Allstate Insurance Company in the Circuit Court of Pulaski County, Arkansas. Attached hereto as Exhibit A is a copy of the Complaint, and Service of Process.

3. There have been no proceedings since the filing of the Complaint.

4. The amount in controversy in the above entitled action, exclusive of interest and cost, exceeds $75,000.00. At the time of the commencement of this action, and at the

time of the filing of this Petition, Plaintiffs allege that they are citizens of the State of Arkansas residing in Pulaski County.

5. At the time of commencement of this action and the filing of this Petition, Petitioner, Allstate Property and Casualty Insurance Company is a corporation, duly incorporated, and is authorized to do business in the State of Arkansas and has its principal place of business in Northbrook, Illinois.

6. The above entitled action is a civil action for insurance proceeds brought by David Kincade and Dawna Kincade. This claim is a result of a fire loss, which occurred on or about February 27, 2012 in Pulaski County, Arkansas, as more fully appears in the Complaint attached hereto as Exhibit A.

7. This Court has original jurisdiction of the above entitled action pursuant to 28 U.S.C. §1332 since diversity of citizenship exists between the parties, and since Petitioner, Allstate Property and Casualty Insurance Company, is not a citizen or a resident of the State of Arkansas, wherein the above entitled action is pending, removal of this action to this Court is proper pursuant to 28 U.S.C. §1441 (a), (b).

8. This petition is filed with this court within thirty (30) days after receipt of the summons and Complaint filed by the Plaintiffs. Allstate was served on February 15, 2013 by certified mail postmarked February 12, 2013.

WHEREFORE, PETITIONER PRAYS, that the above entitled action be removed from the Circuit Court of Pulaski County, Arkansas to this Court and that Allstate be afforded a trial by jury.

Respectfully submitted,

WALDROP & NEARN, P.C.

_____
David M. Waldrop #2011112
Attorney for Allstate Property and
Casualty Insurance Company
9032 Stone Walk Place
Germantown, Tennessee 38138
(901) 759-3489

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon James F. Swindoll, Esq., Attorney for Plaintiffs, 212 Center Street, Suite 300, Little Rock, AR 72201, by placing the same in the U.S. Mail this ____ day of March, 2012.

_____
David M. Waldrop

 **CT Corporation**

**Service of Process Transmittal**
02/15/2013
CT Log Number 522150530

**TO:** Hattie Booth
Allstate Insurance Company
2775 Sanders Road, Corp Litigation --A2East
Northbrook, IL 60062-6127

**RE:** **Process Served in Arkansas**

**FOR:** Allstate Insurance Company (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | David Kincade and Dawna Kincade, Pltfs. vs. Allstate Insurance Company, Dft. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Proof of Service, Complaint |
| **COURT/AGENCY:** | Pulaski County Circuit Court, AR<br>Case # 60CV13661 |
| **NATURE OF ACTION:** | Insurance Litigation - Policy benefits claimed for loss of property due to fire on 02/27/2012 - Seeking $293,224.05 |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Little Rock, AR |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 02/15/2013 postmarked on 02/12/2013 |
| **JURISDICTION SERVED:** | Arkansas |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days, not counting the day of receipt |
| **ATTORNEY(S) / SENDER(S):** | James F. Swindoll<br>Law Offices of James F. Swindoll<br>212 Center St.<br>Suite 300<br>Little Rock, AR 72201<br>501-374-1290 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/16/2013, Expected Purge Date: 02/21/2013<br>Image SOP<br>Email Notification, Patti Cummings pgarq@allstate.com<br>Email Notification, Bill Boodro wboodro@allstate.com |
| **SIGNED:** | CT Corporation System |
| **PER:** | Amy McLaren |
| **ADDRESS:** | 124 West Capitol Avenue<br>Suite 1900<br>Little Rock, AR 72201-3736 |
| **TELEPHONE:** | 800-592-9023 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# Law Offices of James F. Swindoll

Attorneys at Law
212 Center Street, Suite 300
Little Rock, Arkansas 72201
(501) 374-1290 Telephone
(501) 374-3857 Facsimile

James F. Swindoll, P.A.                                                                 jswindoll@swindolllaw.com

---

February 12, 2013

Allstate Insurance Company
c/o The Corporation Company,
as Registered Agent for Service of Process
124 West Capitol, Suite 1900
Little Rock, Arkansas 72201

    Re:    David Kincade and Dawna Kincade vs. Allstate Insurance Company
             Pulaski Count case No. 60CV-13-661

Dear Sir or Madman:

    Enclosed you will find a complaint and summons served you according to the Arkansas Rules of Civil Procedure.

    If you have an attorney, I urge you to contact him or you may contact me directly. In the alternative, if you have a liability insurance carrier, please have them contact me.

                                                     Sincerely yours,

                                                     Law Offices of James F. Swindoll

                                                     JAMES F. SWINDOLL

JFS:maw
Enclosure
complaint and summons

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED – RESTRICTED DELIVERY**
**7005 3110 0002 6513 7023**

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
HON. JAY MOODY - 3RD DIVISION 6TH CIRCUIT

DAVID KINCADE ET AL V ALLSTATE INSURANCE COMPANY

60CV-13-661

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

ALLSTATE INSURANCE COMPANY
C/O CORPORATION COMPANY
124 W CAPITOL AVE
SUITE 1900
LITTLE ROCK, AR 72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES F SWINDOLL
212 Center Street
Suite 300
Little Rock AR 72201

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:

CLERK OF COURT

Address of Clerk's Office

LARRY CRANE, CIRCUIT CLERK
CIRCUIT COURT OF PULASKI COUNTY
401 W MARKHAM
LITTLE ROCK, AR 72201

By: _____ DC
Date: February 11, 2013

[SEAL]

No. <u>60CV-13-661</u> This summons is for <u>*ALLSTATE INSURANCE COMPANY*</u> *(name of Defendant).*

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____[place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____[address] with _____[name], a person at least 14 years of age who resides there, on _____[date]; or

☐ I delivered the summons and complaint to _____[name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____[name of defendant] on _____[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because:

_____

_____

My fee is $ ____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____     SHERIFF OF _____ COUNTY, ARKANSAS

                        By: _____
                        [Signature of server]

                        _____
                        [Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____          By: _____
                                  [Signature of server]

                                  _____
                                  [Printed name]

Address: _____

         _____

Phone: _____

Subscribed and sworn to before me this date: _____

                                  _____
                                  Notary Public

My commission expires: _____

Additional information regarding service or attempted service:
_____
_____


Return filed this _____ day of _____, _____

                                  LARRY CRANE, CIRCUIT CLERK

                                  By: _____ D.C.

ELECTRONICALLY
FILED
FEB 1 1 2013
TIME:_____
CASE #:_____

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
**3RD DIVISION** DIVISION

| | | |
|---|---|---|
| DAVID KINCADE and<br>DAWNA KINCADE | | PLAINTIFFS |
| vs. | **CV 13-661** | |
| ALLSTATE INSURANCE COMPANY | | DEFENDANT |

### COMPLAINT

Comes now the plaintiffs, David Kincade and Dawna Kincade, by and through their attorneys, James F. Swindoll and the Law Offices of James F. Swindoll, and for their complaint against the defendant, Allstate Insurance Company, allege and state:

1. That at all times relevant hereto the plaintiffs were residents of Pulaski County living at 1100 Russenberger Road, Little Rock, Arkansas.

2. That at all times relevant hereto and for 9 years plaintiffs were insureds of Allstate Insurance Company c/o The Corporation Company, As Registered Agent for Service of Process, 124 W. Capitol, Suite 1900, Little Rock, Arkansas 72201. Plaintiffs had their residence and contents insured by the defendant, Allstate, under policy #931825310 attached as Exhibit "1" to the complaint.

3. That on February 27, 2012, while the insurance was in force and affect, the home of plaintiffs burned and was a total loss causing losses in an amount exceeding the insurance policy limits.

4. That the loss was reported to the defendant, Allstate, who investigated and without good cause fully denied the claim as hereinafter alleged.

5. That after the investigation the defendant paid the sum of $272,897.00 but failed to pay the additional twenty-five percent (25%) of this sum for inflation cost in the amount of $68,224.25

6. That the fire and loss was duly reported to Allstate who wrongfully denied the claim on January 15, 2013, as hereinafter alleged.

7. That at all times relevant hereto, Allstate acted with malice, in violation of established claim procedures and acted intentionally to completely and without good cause deprive plaintiffs of the benefit of their insurance proceeds as hereinafter alleged.

## COUNT I

### Breach of Contract for Failure to Pay Fire Losses

8. Plaintiffs restate and reassert each of the allegations contained in paragraphs 1-7.

9. That while the home and its contents were fully insured the plaintiffs' home burned on February 27, 2012, totally destroying the plaintiffs" house and their contents.

10. That the plaintiffs duly notified defendant and made claim for the coverage approved under the policy and cooperated fully and fulfilled their obligations under the agreement.

11. That the defendant wrongfully denied the claim on fictious grounds in breach of their insurance agreement.

12. That Allstate failed to pay a 25% inflationary adjustment on the structure of $68,224.25

13. That the plaintiffs are entitled to proceeds for their clean up, contents and living expenses in an amount of $225,000.00.

14. That the plaintiffs are also entitled to 12% penalty for the prosecution on this matter and for a reasonable attorney's fees for the wrongful denial.

15. Plaintiffs pray for a jury trial.

**WHEREFORE**, the plaintiffs, David Kincade and Dawna Kincade, pray for a judgment of and against the defendant, Allstate, for unpaid benefits in the total sum of $293,224.05 as setout herein, for a 12% penalty, for attorney's fees and for all other just and proper relief to which they may be entitled.

Respectfully submitted,

**JAMES F. SWINDOLL**
**Law Offices of James F. Swindoll**
Attorneys at Law
212 Center Street, Suite 300
Little Rock, Arkansas 72201
(501) 374-1290
(501) 374-3857 fax

*/s/ James F. Swindoll*
JAMES F. SWINDOLL
Bar No. 77131

3



7005 3110 0002 6513 7023

## Law Offices of James F. Swindoll
212 Center Street, Suite 300 • Little Rock, Arkansas 72201

Allstate Insurance Company
c/o The Corporation Company,
as Registered Agent for Service of Proces
124 West Capitol, Suite 1900
Little Rock, Arkansas 72201