ELECTRONICALLY FILED
FEB 11 2013
TIME:_____
CASE #:_____

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
3RD DIVISION

| | | |
|---|---|---|
| DAVID KINCADE and DAWNA KINCADE | | PLAINTIFFS |
| vs. | CV 13-661 | |
| ALLSTATE INSURANCE COMPANY | | DEFENDANT |

## COMPLAINT

Comes now the plaintiffs, David Kincade and Dawna Kincade, by and through their attorneys, James F. Swindoll and the Law Offices of James F. Swindoll, and for their complaint against the defendant, Allstate Insurance Company, allege and state:

1. That at all times relevant hereto the plaintiffs were residents of Pulaski County living at 1100 Russenberger Road, Little Rock, Arkansas.

2. That at all times relevant hereto and for 9 years plaintiffs were insureds of Allstate Insurance Company c/o The Corporation Company, As Registered Agent for Service of Process, 124 W. Capitol, Suite 1900, Little Rock, Arkansas 72201. Plaintiffs had their residence and contents insured by the defendant, Allstate, under policy #931825310 attached as Exhibit "1" to the complaint.

3. That on February 27, 2012, while the insurance was in force and affect, the home of plaintiffs burned and was a total loss causing losses in an amount exceeding the insurance policy limits.

4. That the loss was reported to the defendant, Allstate, who investigated and without good cause fully denied the claim as hereinafter alleged.

5.     That after the investigation the defendant paid the sum of $272,897.00 but failed to pay the additional twenty-five percent (25%) of this sum for inflation cost in the amount of $68,224.25

6.     That the fire and loss was duly reported to Allstate who wrongfully denied the claim on January 15, 2013, as hereinafter alleged.

7.     That at all times relevant hereto, Allstate acted with malice, in violation of established claim procedures and acted intentionally to completely and without good cause deprive plaintiffs of the benefit of their insurance proceeds as hereinafter alleged.

## COUNT I

### Breach of Contract for Failure to Pay Fire Losses

8.     Plaintiffs restate and reassert each of the allegations contained in paragraphs 1-7.

9.     That while the home and its contents were fully insured the plaintiffs' home burned on February 27, 2012, totally destroying the plaintiffs" house and their contents.

10.    That the plaintiffs duly notified defendant and made claim for the coverage approved under the policy and cooperated fully and fulfilled their obligations under the agreement.

11.    That the defendant wrongfully denied the claim on fictious grounds in breach of their insurance agreement.

12.    That Allstate failed to pay a 25% inflationary adjustment on the structure of $68,224.25

13.     That the plaintiffs are entitled to proceeds for their clean up, contents and living expenses in an amount of $225,000.00.

14.     That the plaintiffs are also entitled to 12% penalty for the prosecution on this matter and for a reasonable attorney's fees for the wrongful denial.

15.     Plaintiffs pray for a jury trial.

**WHEREFORE**, the plaintiffs, David Kincade and Dawna Kincade, pray for a judgment of and against the defendant, Allstate, for unpaid benefits in the total sum of $293,224.05 as setout herein, for a 12% penalty, for attorney's fees and for all other just and proper relief to which they may be entitled.

Respectfully submitted,

**JAMES F. SWINDOLL**
**Law Offices of James F. Swindoll**
Attorneys at Law
212 Center Street, Suite 300
Little Rock, Arkansas  72201
(501) 374-1290
(501) 374-3857 fax

*James F. Swindoll*

JAMES F. SWINDOLL
Bar No. 77131



## Law Offices of James F. Swindoll
212 Center Street, Suite 300 • Little Rock, Arkansas 72201

Allstate Insurance Company
c/o The Corporation Company,
as Registered Agent for Service of Proces
124 West Capitol, Suite 1900
Little Rock, Arkansas 72201