**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DAVID KINCADE**
**DAWNA KINCADE**                                                                                          **PLAINTIFFS**

**VS.**                                            **4:13-CV-00125-BRW**

**ALLSTATE INSURANCE COMPANY**                                                         **DEFENDANT**

**JUDGMENT ON JURY VERDICT**

Commencing on March 11, 2014, this case was tried before a jury. At the conclusion of the evidence on March 12, 2014, the jury deliberated on the issues, returned a verdict in favor of Plaintiffs David Kincade and Dawna Kincade against Defendant Allstate Insurance Company, and set damages at $74,637.94.

Accordingly, Plaintiffs David and Dawna Kincade are awarded $74,637.94 in damages from Defendant Allstate Insurance Company.

IT IS SO ORDERED this 14th day of March, 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE